IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   02-cv-01490-WDM-MJW

DANA RUEHLMAN,

    Plaintiff(s),

v.

THE UNIVERSITY OF COLORADO, AND
BOARD OF REGENTS  OF THE UNIVERSITY OF COLORADO,

    Defendant(s).
_____

**ORDER**
_____

    This matter is before me on defendants' Motion for Leave to Amend Final Pretrial Order and several motions in limine.

    As to the pretrial order, plaintiff objects, noting that defendants strenuously objected to plaintiff adding witnesses after deadlines.  What is good for the goose should be good for the gander.  Accordingly, without more, it is appropriate to deny the defendants' motion.

    With regard to the numerous motions in limine, it is very unlikely, given the court's busy schedule, that they will be addressed much before the scheduled May 2006 trial date.  I would express optimism that the parties could revisit the many issues raised by the motions in limine and motion for leave to amend the final pretrial order, taking into account the perspective of the opposing party and resolve at least some.

    Consequently, and as a matter of judicial efficiency, I order:

1.  To the extent not previously ruled upon, the pending motions in limine (docket nos. 130, 131, 165, 166, 167, 168, 169, 170 & 171) and defendants' motion for leave to amend (docket no. 174) are all denied without prejudice;

2.  The parties shall consult on all these issues and file a status report with this court by December 2, 2005, identifying all unresolved witness and exhibit issues otherwise identified by the motions denied herewith; and

3.  The parties shall schedule a status conference concerning those issues no later than December 30, 2005.

DATED at Denver, Colorado, on September 30, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge