IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 02-cv-1490-WDM-MJW

DANA RUEHLMAN,

    Plaintiff,

v.

THE UNIVERSITY OF COLORADO et al.,

    Defendants.

**ORDER**

Miller, J.

This matter was before me for a show cause hearing on December 29, 2005.

For the reasons stated at the hearing, it is ordered:

1. Defendants' unopposed motion in limine re: conduct of counsel, filed Sept. 21, 2005 (Docket No. 131) is denied without prejudice to objections at trial.

2. Defendants' unopposed motion in limine re: conduct of counsel – II, filed Feb. 9, 2005 (Docket No. 170) is denied without prejudice to objections at trial.

3. Defendants' motion in limine re: precluding lay opinion testimony, filed Feb. 9, 2005 (Docket No. 168) is granted to preclude Plaintiff, Charlene Wolf Schmoker, Gretchen Hume, and all other lay witnesses from testifying as to their opinions regarding the adequacy of the University of Colorado's sex harassment policy.

4. Defendants' motion in limine re: precluding testimony of witnesses other than Plaintiff, filed Feb. 9, 2005 (Docket No. 166) is granted to preclude testimony

   from witnesses other than Plaintiff as to other incidents of alleged harassment and how these other alleged incidents affected them.

5. Defendants' motion in limine re: limiting testimony by Neil Ashby, filed Feb. 9, 2005 (Docket No. 169) is granted to the extent that:

   a. evidence of Ashby's conclusions on whether or not Defenant was sexually harassed by Professor Gamow is precluded, and

   b. evidence of what interviewees said to Ashby during his investigation is precluded.

6. Defendants' motion in limine re: precluding testimony concerning Plaintiff's and/or her counsel's discussions with Edward T. Ramey, filed Feb. 9, 2005 (Docket No. 167) is granted to preclude Plaintiff from offering testimony as to her or her counsel's discussions with Defendants' counsel, Edward T. Ramey, Esq., about Professor Gamow's termination proceedings before the University's Privileges and Tenure Committee in September 2003.

7. Counsel shall determine if there are any remaining issues that need to addressed by the Court and file any revised motions in limine by January 31, 2006.  Responses are due February 24, 2006.

   DATED at Denver, Colorado, on January 3, 2006.

                                        BY THE COURT:


                                        /s/ Walker D. Miller
                                        United States District Judge