IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 02-WM-01490-WDM-MJW

DANA RUEHLMAN,

    Plaintiff,

v.

THE UNIVERSITY OF COLORADO, AND
BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO,

    Defendants.

**MINUTE ORDER**

    By order of Judge Walker D. Miller

    Plaintiff's motion for permission to file her proposed amended jury charges in paper format, and Plaintiff's submission of her proposed amended jury charges (Doc No. 229), is granted.

Dated: March 31, 2006

    s/ Kathy Preuitt Parks, Deputy Clerk