IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   02-cv-01490-WDM-MJW

DANA RUEHLMAN,

    Plaintiff(s),

v.

THE UNIVERSITY OF COLORADO, AND
BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO,

    Defendant(s).
_____

**ORDER**
_____

    This matter is before me on Defendant's Unopposed Motion to Bifurcate Trial seeking a separate hearing on the issue of back pay in the event plaintiff is successful at trial.  Plaintiff does not oppose the motion and as the parties appear to agree that the issue of any back pay is for the court, not the jury, to decide.  It is appropriate pursuant to Fed. R. Civ. P. 42(b) that the back pay claim be separately tried.

    It is therefore ordered that defendant's motion is granted and the back pay issue shall be determined by me in the event the jury finds in plaintiff's favor at the conclusion

of the scheduled May 1, 2006 trial.  Evidence concerning the back pay issue will be reserved until the subsequent hearing in the event of a verdict for the plaintiff.

DATED at Denver, Colorado, on April 6, 2006.

                                                          BY THE COURT:

                                                          s/ Walker D. Miller
                                                          United States District Judge