IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   02-cv-01490-WDM-MJW

DANA RUEHLMAN,

     Plaintiff(s),

v.

The BOARD OF REGENTS  OF THE UNIVERSITY OF COLORADO,

     Defendant(s).

_____

## ORDER
_____

     This matter is before me on the parties' Stipulation Regarding Plaintiff's Back Pay Claim.  The parties agree, based upon the jury verdict, that plaintiff's remaining back pay claim should be set at $7,500.  The stipulation appears reasonable and I order that judgment enter in plaintiff's favor against the defendant on the jury verdict and the back pay award of $7,500.

     DATED at Denver, Colorado, on May 17, 2006.

                    BY THE COURT:


                    s/ Walker D. Miller
                    United States District Judge